# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

JAMES E. RICKS, JR.                                                        PLAINTIFF

v.                            2:17CV00038-JM

RICK HICKMAN, Sheriff,
Prairie County Jail, *et al.*                                       DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's Complaint (Doc. No. 2.) is DISMISSED without prejudice.

DATED this 30th day of June, 2017.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE

1